LUNSFORD DOLE PHILLIPS #4407
Suite 7400; 500 Ala Moana Blvd.
Honolulu, Hawaii 96813
Tel: (808)543-2055; Fax (808)543-2010
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| | CIVIL NO. 19-00273 JMS-KJM |
| DANIEL WARD, ) | |
| Plaintiff ) | |
| ) | STIPULATION TO DISMISS ALL |
| v. ) | CLAIMS AND PARTIES WITH |
| ) | PREJUDICE; |
| CELESTIAL ) | ORDER |
| NATURAL FOODS,) | |
| INC. ) | Trial Date: 9/22/20 |
| Defendant ) | Trial Judge: Hon. J. Michael Seabright |
| ___________________) | |

STIPULATION TO DISMISS

The undersigned counsel of record for the parties have resolved their differences and therefore submit this stipulation for dismissal as indicated in the above caption pursuant to F.R.Civ.P. 41(a)(1)(A)(ii).

DATED: Honolulu, Hawaii, October 18, 2019.

*/s/ Lunsford Dole Phillips*
Counsel of Record for Plaintiff

*/s/ Laura P. Moritz*
Counsel of Record for Defendant

APPROVED AND SO ORDERED:
Dated: Honolulu, Hawaii, October 23, 2019




/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge